**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00230-CR

**RUSSELL R. WHITEHEAD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31618CC**

## ORDER

The Court has before it appellee the State of Texas's motion to extend time for filing its brief in this appeal. Appellee tendered its brief with its motion. We **GRANT** appellee's motion and direct the Clerk to file appellee's brief effective the date of this order.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE